UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                        6:13-cr-311-Orl-28TBS

SIRRICO LEWIS

_____

ORDER

Pending before the Court is Defendant Sirrico Lewis' Memorandum Requesting

Approval for Neuropsychological Evaluation and IQ Testing and Waiver of Maximum

Compensation Limit (Doc. 30), which the Court construes as a motion.  Defendant has

entered a plea of guilty and is awaiting sentencing.  His lawyer seeks permission from

the Court to engage Dr. Jacquelyn Olander, Ph.D., to evaluate Defendant at an

estimated cost of $1,800, with Court testimony to be billed separately.  Defendant

represents that the lawyer for the Government has been consulted and has no objection

to the relief sought in the motion.

Title 18 U.S.C. § 3006A(e)(1) provides:

> Counsel for a person who is financially unable to obtain
> investigative, expert, or other services necessary for adequate
> representation may request them in an ex parte application. Upon
> finding, after appropriate inquiry in an ex parte proceeding, that the
> services are necessary and that the person is financially unable to
> obtain them, the court, or the United States magistrate judge if the
> services are required in connection with a matter over which he has
> jurisdiction, shall authorize counsel to obtain the services.

The Court previously found Defendant unable to pay the cost for his defense and

appointed a CJA lawyer to represent him.  The Court has no reason to believe

Defendant's financial situation has improved since counsel was appointed.

Now, Defendant's motion is GRANTED in part and DENIED in part.  Defendant has made a prima facie showing that the evaluation and testing he seeks is necessary for the adequate defense of his case.  But, the Court will not approve an unknown amount of money to be expended for this purpose.  To the extent necessary, the Court authorizes Defendant to incur up to $1,800 for a neuropsychological evaluation and IQ testing.  If, after receiving Dr. Olander's report, Defendant believes he needs her testimony at sentencing, then Defendant should file another motion which includes Dr. Olander's hourly rate and a good faith estimate of the number of hours to be billed in connection with her testimony.

DONE AND ORDERED in Orlando, Florida, on March 10, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel for the Parties